## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

_____

|  |  |  |
|---|---|---|
| | ) | |
| UNIFIRST CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 15-cv-11771 |
| | ) | |
| INSURANCE COMPANY OF NORTH | ) | |
| AMERICA, INDEMNITY INSURANCE | ) | |
| COMPANY OF NORTH AMERICA, CIGNA | ) | |
| PROPERTY & CASUALTY INSURANCE | ) | |
| COMPANY n/k/a ACE PROPERTY AND | ) | |
| CASUALTY INSURANCE COMPANY, and | ) | |
| PACIFIC EMPLOYERS INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

_____)

## NOTICE OF APPEARANCE

Please enter my appearance in the above-captioned action as co-counsel of record for

Defendants.

Dated: May 4, 2015

/s/ David B. Chaffin
David B. Chaffin (BBO # 549245)
WHITE AND WILLIAMS LLP
99 Summer Street, Suite 1530
Boston, MA  02110
Tel: (617) 748-5200
Fax: (617) 748-5201
chaffind@whiteandwilliams.com

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on this 4th day of May 2015.

/s/ David B. Chaffin
David B. Chaffin

15314561v.1